UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-MJ-2023-JG

IN THE MATTER OF THE SEARCH OF )
1125 ALEXWOOD DRIVE, HOPE MILLS, ) ORDER TO UNSEAL
NORTH CAROLINA 28348 )

Upon motion of the Government, the previously requested Application, Affidavit, and Search Warrant in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: December 19, 2017

*Robert T. Numbers II* (signature)

Robert T. Numbers, II
United States Magistrate Judge